BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St., Ste 650
Oakland, CA 94607
Tel. 510-637-3500

Counsel for Defendant BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00412-SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | CONTINUANCE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| ) | TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| DARRYL BANKS, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING date of February 27, 2007, scheduled at 11:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for March 13, 2007 at 11:00 a.m.  Defense motions shall be filed by February 13, with government opposition filed by February 27, and any defense reply filed by March 6.

The requested continuance is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A)

- 1 -

and (B)(iv). The reasons for this continuance are as follows: defense counsel needs to conduct further investigation prior to the filing of motions in this case. As noted in past appearances, there is a large quantity of discovery in this, as it was investigated by at least a dozen officers. It involves forensic reports, electronic discovery, audio tapes, and hundreds of pages of material for defense counsel to consider. Furthermore, there has been a temporary change in government counsel, and counsel for both sides have been exchanging information. This requested continuance only moves the hearing two weeks. Mostly, it gives the parties additional time in which to file motions.

DATED: 1/25/07                                                  /S/

_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney


DATED: 1/25/07
                                                                /S/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 25, 2007 until February 13, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case. The filing of motions on February 13 will toll he speedy trial clock thereafter.

2. Given counsel's need to review extensive discovery and exchange information with new government counsel, the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from January 25, 2007 until February 13, 2007.

IT IS FURTHER ORDERED that the STATUS HEARING date of February 27, 2007, scheduled at 11:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for March 13, 2007 at 11:00 a.m.

DATED: 1/30/07

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE