| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 12th St., Ste 650 |
| | Oakland, CA 94607 |
| 4 | Tel. 510-637-3500 |
| 5 | Counsel for Defendant BANKS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00412-SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR EXCLUSION OF TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT, |
| | ) | 18 U.S.C. § 3161 ET SEQ. |
| DARRYL BANKS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING date of March 13, 2007, scheduled at 11:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset as a Change of Plea (Fed. R. Crim. P. 11(c)(1)(c)) hearing at 9:00 a.m. on March 13, 2007. It is further stipulated that the time between February 28 and March 13, 2007 be excluded.

- 1 -

The requested exclusion is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv). The reasons for this exclusion are as follows: the defense and the government have reached an agreement in principle as of today's date. However, a draft has not yet been prepared. The motion to suppress statements will not be filed, based on this anticipated resolution. However, defense counsel will be out of state between March 1 and March 9, 2007. Upon return, he will need to present the written plea agreement to Mr. Banks and discuss it with him prior to the court appearance. The exclusion is thus based on effective representation needs as well as continuity of counsel. This stipulation is not for a continuance of the date, but for an exclusion of time.

DATED: 2/28/07               /S/
                             _____
                             MICHELLE MORGAN-KELLY
                             Assistant United States Attorney

DATED: 2/28/07               /S/
                             _____
                             JOHN PAUL REICHMUTH
                             Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by excluding time between February 28, 2007 until March 13, 2007 outweigh the best interests of the public and the defendant in a speedy and public trial because additional discussions between client and counsel are necessary before tendering a proposed plea agreement to the court.

2. Given counsel's absence between March 1 and March 9, and the need for discussions between client and counsel, the failure to grant the requested exclusion would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from February 28, 2007 until March 13, 2007.

IT IS FURTHER ORDERED that the MOTIONS HEARING date of March 13, 2007, scheduled at 11:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for March 13, 2007 at 9:00 a.m. for the tendering of an 11(c)(1)(c) plea agreement and referral to the Probation Office.

DATED: 3/1/07

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

- 3 -