AO 245D (Rev. 9/00)  - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DARRYL BANKS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-06-00412-001 SBA<br>BOP Case Number: DCAN406CR000412-001<br>USM Number:      DARRYL BANKS<br>Defendant's Attorney :JOYCE LEAVITT |

**THE DEFENDANT:**

[x]    admitted guilt to violation of condition(s) <u>Charges one, six and seven of the Probation Form 12</u> of the term of supervision.

[ ]    was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. |  |  |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s)  __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

2/1/11
Date of Imposition of Judgment

*Saundra B Armstrong*
Signature of Judicial Officer

Honorable Saundra B. Armstrong, U. S. District Judge
Name & Title of Judicial Officer

2/2/11
Date

AO 245D (Rev.  12/03) Judgment in a Criminal Case for Revocation

| | | |
|---|---|---|
| DEFENDANT: | DARRYL BANKS | Judgment - Page 2  of  3 |
| CASE NUMBER: | CR-06-00412-001 SBA | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|:---:|:---:|:---:|
| 1 | DEFENDANT TESTED POSITIVE FOR MARIJUANA | 1/7/10 |
| 6 | DEFENDANT WAS ARRESTED FOR POSSESSION OF FIREARM BY A FELON; CARRYING A LOADED FIREARM; FELON IN POSSESSION OF AMMUNITION; AND POSSESSION OF MARIJUANA | 7/18/10 |
| 7 | DEFENDANT WAS ARRESTED IN LAS VEGAS FOR OBTAIN/USE PERSONAL IDENTIFYING INFORMATION OF ANOTHER PERSON AND DEFENDANT DID NOT HAVE PERMISSION FROM PROBATION TO TRAVEL TO LAS VEGAS | 10/17/10 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:        DARRYL BANKS                                    Judgment - Page 3 of 3
CASE NUMBER:      CR-06-00412-001 SBA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 months .

[**x**]    The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be housed in close to the Bay Area due to the proximity to his family.

[**x**]    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]    The defendant shall surrender to the United States Marshal for this district.

[ ] at ___ [] am [] pm on ___.
[ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before  2:00 pm on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____

Deputy United States Marshal